**David B. LOWRY, Plaintiff—Appellant,**

v.

**Jo Anne BARNHART, in her capacity as Commissioner of the Social Security Administration, Defendant—Appellee.**

No. 01–35353.

D.C. No. CV–00–1277–BR.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 8, 2002.[*]

Decided Nov. 13, 2002.

Before REAVLEY,[**] KOZINSKI and W. FLETCHER, Circuit Judges.

---

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

[*] The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

[**] The Honorable Thomas M. Reavley, Senior United States Circuit Judge for the Fifth Circuit, sitting by designation.

MEMORANDUM ***

42 U.S.C. § 406(a)(2)(A) does not impose a ministerial duty to increase fees or to consider doing so. Mandamus is therefore unavailable. *See Or. Natural Resources Council v. Harrell,* 52 F.3d 1499, 1508 (9th Cir.1995).

AFFIRMED.

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

